1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  150 Almaden Avenue, Suite 900
   San Jose, California 95113
5  Telephone: (408) 535-5035
   FAX: (408) 535-5081
6  E-Mail: Mark.Krotoski@usdoj.gov

7  Attorneys for Plaintiff

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11                                                    *E-FILED - 11/8/06*

12

13 UNITED STATES OF AMERICA,      )   No. CR 06-00331-RMW
                                  )
14        Plaintiff,              )
                                  )   STIPULATION TO CONTINUE
15    v.                          )   SENTENCING HEARING
                                  )    AND ORDER
16 PAUL SHERMAN,                  )
                                  )
17        Defendant.              )
                                  )
18

19     It is hereby stipulated and agreed between defendant Paul Sherman, by and through his

20 counsel of record, Ray Marshall, Esq., and Krystal N. Bowen, Esq., and the United States, by

21 and through Assistant United States Attorney Mark L. Krotoski, as follows:

22     1.  This matter is presently set for a sentencing hearing on October 16, 2006 at 9:00 a.m.

23     2.  The parties agree that further time is needed to address sentencing issues and that the

24 terms of the plea agreement continue to apply.

25     3.  For the foregoing reasons, and that the ends of justice are served by continuing this case,

26 the parties stipulate and request to a continuance of the sentencing hearing from October 16,

27 2006 at 9:00 a.m. to February 5, 2007 at 9:00 a.m., or the next available date.

28     IT IS SO STIPULATED.

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [] ORDER
CR 05-00445-RMW

| | | |
|---|---|---|
| 1 | Dated: <u>October 17, 2006</u> | KEVIN V. RYAN<br>United States Attorney |
| 2 | | |
| 3 | | /s/ |
| 4 | | MARK L. KROTOSKI<br>Assistant United States Attorney |
| 5 | Dated: <u>October 17, 2006</u> | |
| 6 | | /s/ |
| 7 | | KRYSTAL N. BOWEN<br>Attorney for Defendant |

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from October 16, 2006 at 9:00 a.m. to February 5, 2007 at 9:00 a.m.

Dated: November _8_, 2006

                                                        /s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

Distribute To:

Joshua D. Sparks
U.S. Probation Officer
United States Probation Office
Northern District of California
280 South First Street
San Jose, CA 95113

Raymond C. Marshall
Krystal N. Bowen
Bingham McCutchen
Three Embarcadero Center
San Francisco, CA 94111
FAX (415) 393-2286

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113