KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

   150 Almaden Avenue, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5035
   FAX: (408) 535-5081
   E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 2/6/07*

| UNITED STATES OF AMERICA, | ) | No. CR 06-00331-RMW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE SENTENCING HEARING *AND ORDER* |
| PAUL SHERMAN, | ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed between defendant Paul Sherman, by and through his counsel of record, Ray Marshall, Esq., and Krystal N. Bowen, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on February 5, 2007 at 9:00 a.m.

2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply.

3. For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from February 5, 2007 at 9:00 a.m. to April 16, 2007 at 9:00 a.m., or the next available date.

4. The probation officer has been advised of the new date and is available.

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [PROPOSED] ORDER
CR 05-00445-RMW

1 | IT IS SO STIPULATED.
2 | Dated: ~~October~~ January 23, 2007 ~~, 2006~~      KEVIN V. RYAN
    United States Attorney
3 |
4 |
5 |
    /s/ MARK L. KROTOSKI
    MARK L. KROTOSKI
6 | Dated: January 22, 2007 ~~October __, 2006~~      Assistant United States Attorney
7 |
8 |     /s/ Krystal N. Bowen
    KRYSTAL N. BOWEN
    Attorney for Defendant
9 |
10 | IT IS SO ORDERED.
11 | Upon good cause shown, the sentencing hearing is continued from October 16, 2006 at 9:00 a.m. to April 16, 2007 at 9:00 a.m.
12 | Dated: ~~January~~ ~~XX~~
13 | ~~October __, 2006~~
    February 6, 2007
14 |     /s/ Ronald M. Whyte
    RONALD M. WHYTE
    United States District Judge
15 |
16 | Distribute To:
17 | Joshua D. Sparks
U.S. Probation Officer
United States Probation Office
18 | Northern District of California
280 South First Street
19 | San Jose, CA 95113
20 | Raymond C. Marshall
Krystal N. Bowen
21 | Bingham McCutchen
Three Embarcadero Center
22 | San Francisco, CA 94111
FAX (415) 393-2286
23 |
24 | Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
25 | San Jose, CA 95113
26 |
27 |
28 |

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [~~PROPOSED~~] ORDER
CR 05-00445-RMW      Page 2 of 2