1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4    150 Almaden Avenue, Suite 900
     San Jose, California 95113
5    Telephone: (408) 535-5035
     FAX: (408) 535-5081
6    E-Mail: Mark.Krotoski@usdoj.gov

7  Attorneys for Plaintiff

8
                         UNITED STATES DISTRICT COURT
9
                        NORTHERN DISTRICT OF CALIFORNIA
10
                                SAN JOSE DIVISION
11

12

13 | UNITED STATES OF AMERICA,      )   No. CR 06-00331-RMW
                                    )
14 |       Plaintiff,                )
                                    )   STIPULATION TO CONTINUE
15 |    v.                           )   SENTENCING HEARING
                                    )
16 | PAUL SHERMAN,                   )
                                    )
17 |       Defendant.                )
                                    )
18

19    It is hereby stipulated and agreed between defendant Paul Sherman, by and through his

20 counsel of record, Ray Marshall, Esq., and Krystal N. Bowen, Esq., and the United States, by

21 and through Assistant United States Attorney Mark L. Krotoski, as follows:

22    1.  This matter is presently set for a sentencing hearing on April 16, 2007 at 9:00 a.m.

23    2.  The parties agree that further time is needed to address sentencing issues and that the

24 terms of the plea agreement continue to apply.

25    3.  For the foregoing reasons, and that the ends of justice are served by continuing this case,

26 the parties stipulate and request to a continuance of the sentencing hearing from April 16, 2007

27 at 9:00 a.m. to May 21, 2007 at 9:00 a.m., or the next available date.

28    // // //

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [PROPOSED] ORDER
CR 05-00445-RMW

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | Dated: April 5, 2007 | SCOTT N. SCHOOLS<br>United States Attorney |
| 4 | | /s/ |
| 5 | | MARK L. KROTOSKI<br>Assistant United States Attorney |
| 6 | Dated: April 5, 2007 | |
| 7 | | /s/ |
| 8 | | KRYSTAL N. BOWEN<br>Attorney for Defendant |

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from April 16, 2007 at 9:00 a.m. to May 21, 2007 at 9:00 a.m.

Dated: April 25, 2007

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

Distribute To:

Joshua D. Sparks
U.S. Probation Officer
United States Probation Office
Northern District of California
280 South First Street
San Jose, CA 95113

Raymond C. Marshall
Krystal N. Bowen
Bingham McCutchen
Three Embarcadero Center
San Francisco, CA 94111
FAX (415) 393-2286

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113